IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ROBERT DALE PENLAND,

Defendant.

CRIMINAL CASE NO.

1:13-cr-45-09-JEC-JSA

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [202] recommending accepting defendant's plea of guilty tendered on August 29, 2013.  No objections to the Report and Recommendation [202] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [202] and **ACCEPTS** the defendant's plea of guilt as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.


/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)